# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In re: : Case No. 10-30975
:
Bonnie Lynn Parrella :
Jeffery Allen Tolley : JUDGE MARY ANN WHIPPLE
: Chapter 13
Debtor :
: **OBJECTION TO CLAIM OF**
: **HSBC BANK NEVADA**
: **(BEST BUY)**

Comes now the Debtor, Bonnie Lynn Parrella and Jeffery Allen Tolley who hereby object to the claim of HSBC Bank Nevada (Best Buy Company, Inc) for the reason that their claim exceeds the amount that the Debtors believe they owe.

Respectfully submitted,

HILTZ, WIEDEMANN, ALLTON & KOCH CO., L.P.A.

By _____
Curtis J. Koch, Reg. No. 29492
Attorneys for Debtor
49 Benedict Ave., Suite C
Norwalk, Ohio 44857
(419)668-8211
E-mail: curtis@hwak.com

## PROOF OF SERVICE

A copy of the foregoing document was sent by ordinary U.S. Mail to Bass & Associates, P.C. 3936 East Ft. Lowel, Suite 200, Tucson, Arizona 85712 on this _31_ day of _Jan_____, 2011.

HILTZ, WIEDEMANN, ALLTON & KOCH CO, L.P.A.

By_____
Curtis J. Koch, Reg. No. 29492
Attorneys for Debtor